# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

IN RE ERIC REED                                            No. 4:22-mc-7-DPM

## ORDER

Reed's application for appointment of federal *habeas corpus* counsel, *Doc. 1*, is granted for good cause. The Federal Public Defender for the Eastern District of Arkansas is appointed to represent Reed in his *habeas* case. 28 U.S.C. § 3599(a)(2).

So Ordered.

                                           _____
                                           D.P. Marshall Jr.
                                           United States District Judge

                                           8 July 2022